Submitted on record and briefs March 26, reversed and remanded for new trial
May 15, 1996

In the Matter of Susan Hill,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SUSAN HILL,
*Appellant.*

(9508-68697; CA A90033)

915 P2d 1057

Michael T. Purcell filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals an order of civil commitment under ORS 426.005 *et seq.* She contends that she was not fully advised of her statutory rights pursuant to ORS 426.100(1). The state concedes error and we agree. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.